■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORDAN BATCHELOR, Also Known as JAYSON SMITH, Appellant. [788 NYS2d 897]—Appeal from a judgment of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered January 15, 2004. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from be

and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]; *People v Watkins*, 261 AD2d 962 [1999], *lv denied* 93 NY2d 981 [1999]). Present—Pigott, Jr., P.J., Green, Hurlbutt, Kehoe and Pine, JJ.